# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: BOBBY SCOTT THOMPSON         CASE NO. 16-11600; SEC B
                                    CHAPTER 13

## CONSENT ORDER

Considering the hearing scheduled for January 10, 2018, on the Motion for Relief (p.51) filed on behalf of BANK OF AMERICA, N.A. ("Creditor") and the agreement between parties:

**IT IS HEREBY ORDERED** that BOBBY SCOTT THOMPSON ("Debtor"), shall pay to Creditor, $9,074.74, which represents the September 2017 through and including December 2017 post petition payments in the amount of $2,134.09 each, less unapplied funds of $192.62, and attorney and fees and costs of $731.00, by paying in CERTIFIED FUNDS ONLY, five (5) monthly installments in the amount of $1,512.46, and one (1) monthly installment in the amount of $1,512.44, in addition to the regular monthly mortgage payments, beginning January 1, 2018 through and including June 1, 2018.

**IT IS FURTHER ORDERED** that the Debtor shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the January 01, 2018 payment. The regular monthly mortgage payments are subject to change due to the escrow provisions of the note and mortgage.

**IT IS FURTHER ORDERED** that in the event the Debtor fails, to make all payments as required by this consent order or fails to pay any regular monthly mortgage payments thereafter or fails to pay said attorney's fees, all in accordance with this consent order, the Creditor shall be entitled to ex parte relief from the automatic stay, after a fourteen (14) day notice to Debtor and Debtor's Counsel, and upon presentation of an affidavit of an officer or employee of Creditor, or its

successors, establishing such default 30 days thereafter. The ex parte relief order will allow Creditor to foreclose immediately on the property more fully described in the mortgage filed in the record hereof, and which property bears the municipal address of 2467 Royal St, New Orleans, Louisiana 70117. This order shall survive one (1) year after entry of this order or until this case is otherwise dismissed.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, December 28, 2017.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
 (318) 388-1440

By: /s/ Jason R. Smith
Jason R. Smith (Bar # 34981)
Attorneys for Creditor

Jack W. Jernigan, III
The Jernigan Law Firm, LLC
829 Baronne Street
New Orleans, LA 70113
(504) 581-9322

By: /s/ Jack W. Jernigan, III
Jack W. Jernigan, III
Attorney for Debtor